IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| RACHEL DIANE WILSON | § | |
| v. | § | CIVIL ACTION NO. 6:11cv562 |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains his findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration. The Report and Recommendation recommends that the decision of the Commissioner be reversed and this action be remanded for further consideration at Step Two of the mental impairment opinions expressed by Dr. Heafer and the State Agency psychologist and whether any mental limitations should be applied to Plaintiff's Residual Functional Capacity. No written objections have been filed. The findings and conclusions of the Magistrate Judge are therefore adopted as those of the Court.

In light of the foregoing, it is

**ORDERED** that the Commissioner's decision is hereby **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) with instructions for further consideration consistent with the Report and Recommendation and the opinion herein. It is further

**ORDERED** that any motion not previously ruled on is **DENIED**.

So ORDERED and SIGNED this 31st day of October, 2012.

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**